BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
JEFFREY S. SWEET, OSB #994183
Assistant United States Attorney
jeff.sweet@usdoj.gov
405 E. 8th Ave., Ste. 2400
Eugene, Oregon 97401
Telephone:  (541) 465-6771
Facsimile:  (541) 465-6917
Attorneys for the United States

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 6:14-CR-00122-002-MC |
| v. | **GOVERNMENT'S SENTENCING MEMORANDUM** |
| WAYNE ELDRIGE RATLIFF | Sentencing Date:  July 13, 2016, at 1:00 p.m. |
| Defendant. | |

The United States of America, by and through Billy J. Williams, United States Attorney for the District of Oregon, and Jeffrey S. Sweet, Assistant United States Attorney, hereby submits this sentencing memorandum in anticipation of the sentencing of defendant Wayne Ratliff on July 13, 2016, for the crime of sex trafficking of a minor, in violation of 18 U.S.C. §§ 1591(a)(1), (b)(2).

The parties are jointly recommending a sentence of 63 months in prison and 5 years of supervised release.  There are no known areas of disagreement between the parties.

I.       FACTUAL BACKGROUND

On February 26, 2014, the Federal Bureau of Investigation (FBI) and the Eugene Police Department (EPD) investigated a female who was soliciting commercial sex acts online. The female was known to law enforcement to be a minor, and is referred to hereafter as AA. On February 27, 2014, as part of a sting operation, an EPD detective responded to AA's online solicitation and arranged to meet her at a hotel in Eugene, Oregon, purportedly to engage in a commercial sex act.

Defendant drove AA to the hotel, knowing that he was transporting her so that she could engage in a commercial sex act. Prior to arriving at the hotel, defendant stopped and purchased condoms for AA, and also allowed AA to use his cell phone to facilitate the meeting with the intended customer. Defendant had a reasonable opportunity to observe AA, and recklessly disregarded the fact that AA was a juvenile.

Defendant was not AA's pimp, however he did assist her pimp in the sex trafficking of AA. More specifically, between February 13, 2014 and February 27, 2014, in furtherance of AA engaging in sex trafficking, defendant obtained hotel rooms for AA and allowed AA to use his digital device to post advertisements for sexual services. During this time AA did in fact engage in commercial sex acts.

\\\

\\\

## II. SENTENCING RECOMMENDATION

The government agrees with the guideline calculations set out in the Presentence Report. Although involvement in the sex trafficking of a minor is a very serious crime, defendant played a minor role in the offense. Defendant has a criminal history category of II based on his 2006 conviction for Receipt of Stolen Property and a 2008 conviction for Driving While Suspended, and a low-end sentence is appropriate. Provided that defendant continues to act consistently with acceptance of responsibility and continues to abide by the agreement reached between the parties, at sentencing the government will recommend a sentence of 63 months in prison with 5 years of supervised release.

## III. CONCLUSION

In light of defendant's role in the offense, and as part of a joint recommendation with the defense, the government recommends a sentence of 63 months in prison, with 5 years of supervised release and a fee assessment of $100.

Dated this 9th day of June 2016.

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney


s/ *Jeffrey S. Sweet*
JEFFREY S. SWEET
Assistant United States Attorney