BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
AMY E. POTTER
Assistant United States Attorney
amy.potter@usdoj.gov
405 East Eighth Avenue, Suite 2400
Eugene, Oregon   97401-2708
Telephone:   (541) 465-6771
Facsimile:    (541) 465-6917
Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:14-CR-00122-MC |
| v. | NOTICE OF FORFEITURE |
| DARRYL TYRONE NORWOOD, JR., and WAYNE RATLIFF | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that on July 30, 2015 in the above-captioned case, the United States District Court for the District of Oregon entered a Preliminary Order of Forfeiture and Final Order of Forfeiture as to Defendant Wayne Ratliff, forfeiting the following property to the United States of America:

> White Samsung Notepad, model SMT217S, no visible serial number;
> Black Sanyo cellular telephone, model Katana LX, DEC:268435457800702891, no serial number;
> Black Sprint Palm digital storage device, model P100EWW; serial number P5PE028A53DA;
> Samsung/Cricket cellular telephone, model SCH-R100, serial number 268435459004548307;
> Samsung Galaxy S cellular telephone, model SGH-T959V, serial number R2HB386487P.

Additionally, on June 17, 2016 in the above-captioned case, the United States District Court for the District of Oregon entered a Preliminary Order of Forfeiture and Final Order of Forfeiture as to Defendant Darryl Tyrone Norwood, Jr., forfeiting the following property to the United States of America:

> $508.00 in U.S. Currency;
> Apple iPhone, Model A1453;
> Black Kyocera cell phone;
> Apple iPhone, Model A1349;
> Black T-Mobile cell phone, Model HTC;
> Verizon LG 4G LTE cell phone, model LG-VS840.

YOU ARE HEREBY NOTIFIED that the United States intends to dispose of this property in such manner as the Attorney General may direct.

Pursuant to 21 U.S.C. § 853(n)(1), the United States shall publish on the official government internet site, www.forfeiture.gov; notice of this order, notice of the United States Marshal's intent to dispose of the property in such manner as the United States may direct, and notice that any person, other than the defendant, having or claiming a legal interest in any of the above-listed forfeited property must file a petition with the court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier. You must petition the United States District Court for the District of Oregon, 405 E. 8th Avenue, Suite 2100, Eugene OR 97401 for a hearing to adjudicate the validity of your alleged legal interest in this property. If a hearing is requested, it shall be held before the Court alone, without a jury.

The petition must be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in each of the forfeited properties and any additional facts supporting the petitioner's claim and the relief sought. The United States may also, to the extent practicable, provide direct written notice to any person known to have

alleged an interest in property that is the subject of this Preliminary Order of Forfeiture, as a substitute for published notice as to those persons so notified. A copy of the petition should be served on Assistant United States Attorney Amy E. Potter, 1000 SW Third Avenue, Suite 600, Portland OR 97204.

Pursuant to Title 21, United States Code, Section 853(n)(2), NEITHER A DEFENDANT IN THE ABOVE-STYLED CASE NOR HIS/HER AGENT IS ENTITLED TO FILE A PETITION.

ANY HEARING on your petition shall, to the extent practicable and consistent with the interests of justice, be held within thirty (30) days of the filing of your petition. The Court may consolidate your hearing on the petition with any other hearings requested on any other petitions filed by any other person other than the defendant named above.

YOU HAVE THE RIGHT at the hearing to testify and present evidence and witnesses on your own behalf and cross-examine witnesses who appear at the hearing. The United States may present evidence and witnesses in rebuttal and in defense of its claim to the property and cross-examine witnesses who appear at the hearing. In addition to testimony and evidence presented at the hearing, the Court shall consider the relevant portions of the record of the criminal cases which resulted in the Preliminary Order of Forfeiture.

If, after the hearing, the Court determines that the petitioner has established by a preponderance of the evidence that: (a) the petitioner has a legal right, title, or interest in the property, and such right, title, or interest renders the Preliminary Order of Forfeiture invalid in whole or in part because the right, title, or interest was vested in the petitioner rather than the defendant or was superior to any right, title or interest of the defendant at the time of the commission of the acts which gave rise to the forfeiture of the property; or (b) the petitioner is a

bona fide purchaser for value of the right, title, or interest in the property and was at the time of purchase reasonably without cause to believe that the property was subject to forfeiture, the Court shall amend the Preliminary Order of Forfeiture in accordance with its determination.

IF YOU FAIL TO FILE A PETITION TO ASSERT YOUR RIGHT, TITLE OR INTEREST IN THE ABOVE-DESCRIBED PROPERTY WITHIN THIRTY (30) DAYS OF THIS NOTICE, YOUR RIGHT, TITLE, AND INTEREST IN THIS PROPERTY SHALL BE LOST AND FORFEITED TO THE UNITED STATES OF AMERICA.

Respectfully submitted this 21st day of June 2016.

BILLY J. WILLIAMS
United States Attorney

*s/ Amy E. Potter*
AMY E. POTTER
Assistant United States Attorney

<u>CERTIFICATE OF SERVICE</u>

     I HEREBY CERTIFY that I have made service of the foregoing NOTICE on the person listed below by causing to be deposited in the United States mail at Portland, Oregon, on June 21, 2016 certified, return receipt requested, a true copy thereof in an envelope with postage thereon prepaid, addressed to:

Kerry Kathleen Rodriguez
721 W. Quinalt Street
Springfield OR 97477

Jean Sawyer
2604 Willona Drive
Eugene OR 97408

                                           <u>*s/ Holly Taglier*</u>
                                           HOLLY TAGLIER
                                           Paralegal